# Exhibit E

Case 1:23-cv-05738-LMM     Document 1-5     Filed 12/13/23     Page 1 of 2



(https://inbiz.in.gov)

## Business Details

Print Entity Details

| | | | |
|---|---|---|---|
| Business Name: | **TWG DEVELOPMENT, LLC** | Business ID: | **2007070900178** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **07/06/2007** | Inactive Date: | |
| Principal Office Address: | **1301 E Washington Street, Suite 100, Indianapolis, IN, 46202, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **07/31/2025** |
| | | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Member | LOUIS A KNOBLE | 1301 East Washington Street, Suite 100, Indianapolis, IN, 46202, USA |
| Member | JUSTIN COLLINS | 1301 E Washington Street, Suite 100, Indianapolis, IN, 46202, USA |

Page 1 of 1, records 1 to 2 of 2

## Registered Agent Information

| | |
|---|---|
| Type: | **Business Commercial Registered Agent** |
| Name: | **C T CORPORATION SYSTEM** |
| Address: | **334 North Senate Avenue, Indianapolis, IN, 46204, USA** |

Back    Return to Search            Filing History    Name History    Assumed Name History    Certified Copies Request