IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DESERAE BENTON, AS ADMINISTRATOR OF THE ESTATE OF DELMARIO BENTON, and DESERAE BENTON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>TWG DEVELOPMENT, LLC, TWG BRECKENRIDGE, LP, TEMPLE EDWARDS-MILLER, JOHN AND JANE DOES 1-30, and BUSINESS/CORPORATE ENTITIES A-Z,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.: 1:23-cv-05738-LMM |

## DEFENDANT TWG BRECKENRIDGE, LP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant TWG BRECKENRIDGE, LP (hereafter "Defendant") pursuant to FED.R.CIV.P. 7.1, as well as Local Rule 3.3, hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties,

including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a) **Plaintiff Deserae Benton is an individual as alleged in her Complaint;**

    b) **Defendant TWG Breckenridge, LP does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.**

    c) **Defendant TWG Development, LLC is a subsidiary of Defendant TWG Breckenridge, LP, and no publicly held corporation owns 10% or more of its stock.**

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a)    **Breckenridge GP, LLC**

    b)    **TWG GP III, LLC**

    c)    **TWG GP IV, LLC**

    d)    **Justin Collins**

  e)  Louis Knoble

  f)  JB Curry

  g)  Dustin Detzler

  h)  Ryan Kelly

  i)  John Sullivan

  j)  Joel Henney

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff:**

 **Christopher Johnson**
 **Peach Firm, LLC**
 **730 Peachtree Street NE, Suite 570**
 **Atlanta, GA 30308**
 **CLJ@peachfirm.com**
 *Counsel for Plaintiff*

**For Defendant TWG Breckenridge, LP:**

 **Scott W. McMickle, Esq.**
 **Andrew E. Feske, Esq.**
 **McMickle, Kurey & Branch, LLP**
 **217 Roswell Street, Suite 200**
 **Alpharetta, Georgia 30009**
 **Telephone: (678) 824-7800**
 **Facsimile: (678) 824-7801**
 **swm@mkblawfirm.com**
 **afeske@mkblawfirm.com**
 *Counsel for Defendant TWG Breckenridge, LP*

**For Defendant TWG Development, LLC:**

**Kori Wagner**
**Marissa H. Merrill**
**Swift, Currie, McGhee & Hiers, LLP**
**1420 Peachtree Street, NE, Suite 800**
**Atlanta, GA 30309**
**kori.wagner@swiftcurrie.com**
**Marissa.Merrill@swiftcurrie.com**
*Counsel for Defendant TWG Development, LLC*

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship[1] of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

---

[1] Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. Travaglio v. Am. Express Co., 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." McCormick v. Aderholt, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting Mas v. Perry, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)).

A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, 374 F.3d at 1022.

a) **Plaintiffs Deserae Benton, individually and as the administrator of the Estate of Delmario Benton, Deceased**

**Deserae Benton is a citizen of the State of Georgia as alleged in her Complaint. The decedent, Delmario Benton, was a citizen of the State of Georgia as well. Therefore, the citizenship of the decedent's estate as a party-plaintiff is also in Georgia.**

b) **Defendant TWG Breckenridge, LP**

**Defendant TWG Breckenridge, LP is an Indiana limited partnership, which maintains its principal office address at 1301 East Washington Street, Suite 100, Indianapolis, IN 46202. Defendant was served through its registered agent in the State of Georgia on November 14, 2023. Defendant TWG Breckenridge, LP's is comprised of two (2) separate entities, its general partner Breckenridge GP, LLC, an Indiana limited liability company, and its limited partner TWG GP III, LLC, an Indiana limited liability company. Defendant Breckenridge GP, LLC's sole member is TWG GP IV, LLC, an Indiana limited liability company. TWG GP**

---

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. <u>Alliant Tax Credit 31, Inc. v. Murphy</u>, 924 F.3d 1134, 1143 (11th Cir. 2019).

IV, LLC's individual members are comprised of Justin Collins, Louis Knoble, JB Curry, Dustin Detzler, Ryan Kelly, John Sullivan, and Joel Henney. All of the individual members of TWG GP IV, LLC are citizens and residents of the State of Indiana and domiciled therein. The limited partner, TWG GP III, LLC's members are also Louis Knoble and Justin Collins, who are both citizens and residents of the State of Indiana and domiciled therein. Accordingly, all partners and members of Defendant TWG Breckenridge LP, including all members of its constituent entities, are citizens of the State of Indiana. None of its partners and members are citizens of the State of Georgia, so there is complete diversity between the members of Defendant TWG Breckenridge LP and Plaintiffs.

c) **Defendant TWG Development, LLC**

Defendant TWG Development, LLC is an Indiana limited liability company. Its principal office address is located at 1301 East Washington Street, Suite 100, Indianapolis, Indiana 46202. Its members are Louis Knoble and Justin Collins who are both citizens of the State of Indiana.

    **d) Defendant**

Respectfully submitted this 20th day of December, 2023.

                                                      MCMICKLE, KUREY & BRANCH, LLP

                                                      */s/ Andrew E. Feske*
                                                      SCOTT W. MCMICKLE
                                                      Georgia Bar No. 497779
                                                      ANDREW E. FESKE
217 Roswell Street, Suite 200        Georgia Bar No. 103245
Alpharetta, GA 30009                 *Attorneys for Defendant TWG*
Telephone: 678-824-7800            *Breckenridge, LP*
Facsimile:  678-824-7801
Emails: SWM@mkblawfirm.com
            AFeske@mkblawfirm.com

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This document has been prepared in Times New Roman font, 14 point.

*/s/ Andrew E. Feske*
ANDREW E. FESKE
For the Firm

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **DEFENDANT TWG BRECKENRIDGE, LP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Christopher Johnson<br>Peach Firm, LLC<br>730 Peachtree Street NE, Suite 570<br>Atlanta, GA 30308<br>CLJ@peachfirm.com<br>***Counsel for Plaintiff*** | Kori Wagner<br>Marissa H. Merrill<br>Swift, Currie, McGhee & Hiers, LLP<br>1420 Peachtree Street, NE, Suite 800<br>Atlanta, GA 30309<br>kori.wagner@swiftcurrie.com<br>Marissa.Merrill@swiftcurrie.com<br>***Counsel for Defendant TWG Development, LLC*** |

This 20th day of December, 2023

McMICKLE, KUREY & BRANCH, LLP

*/s/ Andrew E. Feske*
ANDREW E. FESKE
For the Firm

M1138543.1 15620                         [9]