| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **To:** | Trang Tran |
| **Subject:** | Filing Accepted for Case: 2023CV01289; ; Envelope Number: 16055710 |
| **Date:** | Thursday, September 12, 2024 12:26:19 PM |

**CAUTION - EXTERNAL:**



# Filing Accepted

Envelope Number: 16055710
Case Number: 2023CV01289
Case Style:

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.

| Filing Details | |
|---|---|
| **Court** | Clayton County |
| **Case Number** | 2023CV01289 |
| **Case Style** | |
| **Date/Time Submitted** | 9/12/2024 12:23 PM EST |
| **Date/Time Accepted** | 9/12/2024 12:26 PM EST |
| **Accepted Comments** | |
| **Filing Type** | Notice |
| **Filing Description** | Order of Remand from United States District Court, Northern GA |
| **Activity Requested** | EFile |
| **Filed By** | Trang Tran |
| **Filing Attorney** | Kevin Weimer |

| Document Details | |
|---|---|
| **Lead Document** | 5738.pdf |
| **Lead Document Page Count** | 14 |
| **File Stamped Copy** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |

**Please Note:** If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

Odyssey File & Serve

(800) 297-5377

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Please do not reply to this email. It was automatically generated.